Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50422 | **DATE** | 1/13/2006 |
| **CASE TITLE** | Crandall vs. JoDaviess County, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendants' December 2, 2005 Motion for Rule 37 Sanctions for Failure to Comply with Rule 26 of the Federal Rules of Civil Procedure is denied. Defendants' November 4, 2004 Motion (Docket Entry # 30) is struck as a duplicate Motion.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|